**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

IBRAHIM ALHAWWARIN,

                              Petitioner,

                                                      DECISION and ORDER

-vs-

                                                      08-CV-6247-CJS-VEB

The UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, BUREAU OF
IMMIGRATION AND CUSTOMS
ENFORCEMENT, BUFFALO FEDERAL
DETENTION CENTER FACILITY,

                              Respondents.

This case was referred to United States Magistrate Judge Victor E. Bianchini, pursuant to 28 U.S.C. § 636(b)(1). Respondents moved to dismiss the petition on mootness grounds, stating that Petitioner was released on October 9, 2008, from administrative custody and removed from the United States. On October 31, 2008, Magistrate Judge Bianchini filed a Report and Recommendation recommending that the Court grant Respondents' motion to dismiss.

On October 31, 2008, the Clerk mailed the Report and Recommendation to Petitioner's last known address at the Buffalo Federal Detention Center.[1] To date, Petitioner has filed no objections. Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a *de*

---

[1] Western District of New York Local Rule of Civil Procedure 5.1 states in pertinent part as follows: "(d) A party appearing pro se must furnish the Court with a current address at which papers may be served on the litigant. Papers sent to this address will be assumed to have been received by plaintiff. In addition, the Court must have a current address at all times. Thus, a pro se litigant must inform the Court immediately in writing of any change of address. Failure to do so may result in dismissal of the case with prejudice."

*novo* determination only of those portions of the Report and Recommendation to which objections have been made. Since no objections have been filed, the Court adopts Magistrate Judge Bianchini's Report and Recommendation in full and, for the reasons set forth in it, Respondents' motion to dismiss is  granted and the petition is dismissed as moot.

IT IS SO ORDERED.

Dated:   January 29    , 2009
         Rochester, New York

ENTER:

CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE